**Case No. 5,136.**

FROST v. UNION PAC. R. CO.

**Case No. 5,137.**

FROST v. UNITED STATES.

**Case No. 5,138.**

FRY v. COOK et al.

[See 14 Fed. 424.]

**Case No. 5,139.**

FRY v. GRIGG.

[1 Wkly. Notes Cas. 73.]

Circuit Court, E. D. Pennsylvania. Nov. 11, 1874.

LONGYEAR, District Judge. I fully concur in and approve of the foregoing views and conclusions of the register.